768 A.2d 778

IN THE MATTER OF JEFFREY F. NIELSEN,
AN ATTORNEY AT LAW.

April 3, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JEFFREY F. NIELSEN** of **NEWARK,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4 (failure to communicate with client), and good cause appearing;

It is ORDERED that **JEFFREY F. NIELSEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.